THOMAS A. JOHNSON, SBN 119203
KRISTY M. HORTON, SBN 271250
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>vs.<br><br>STEVE SUBAL SMITH,<br>　　　Defendant | Case No. 2:17-cr-00238-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE<br><br>Date: 2/22/18<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

## **STIPULATION**

The United States of America through its undersigned counsel, Rosanne Rust, Assistant United States Attorney, together with Thomas A. Johnson, counsel for Steve Subal Smith, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on February 22, 2018.
2. By this stipulation, defendant now moves to continue the Status Conference to April 12, 2018, at 9:30 a.m. and to exclude time between February 22, 2018, and, April 12, 2018, under the Local Code T-4 (to allow defense counsel time to prepare).
3. The parties agree and stipulate, and request the Court find the following:
   a. A continuance is requested because attorneys for the defendants need additional time to review the discovery, conduct investigation, and discuss a potential resolution.

1. b. Attorneys for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
   c. The Government does not object to the continuance.
   d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.
   e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of February 22, 2018, to April 12, 2018, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.
4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: February 15, 2018         By:   /s/ Thomas A. Johnson
                                       THOMAS A. JOHNSON
                                       Attorney for Steve Subal Smith

DATED: February 15, 2018               McGREGOR W. SCOTT
                                       United States Attorney

                                 By:   /s/ Rosanne Rust
                                       ROSANNE RUST
                                       Assistant U.S. Attorney

**<u>ORDER</u>**

**IT IS SO ORDERED.**

Dated: February 16, 2018

Troy L. Nunley
United States District Judge