THOMAS A. JOHNSON, SBN 119203
KRISTY M. HORTON, SBN 271250
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>STEVE SUBAL SMITH,<br>    Defendant | Case No. 2:17-cr-00238-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE<br><br>Date: 4/12/18<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

## **STIPULATION**

The United States of America through its undersigned counsel, Rosanne Rust, Assistant United States Attorney, together with Thomas A. Johnson, counsel for Steve Subal Smith, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on April 12, 2018.
2. By this stipulation, defendant now moves to continue the Status Conference to June 7, 2018, at 9:30 a.m. and to exclude time between April 12, 2018, and June 7, 2018, under the Local Code T-4 (to allow defense counsel time to prepare).
3. The parties agree and stipulate, and request the Court find the following:
    a. A continuance is requested because attorneys for the defendant needs additional time to review the discovery, conduct investigation, and discuss a potential resolution.
    b. Attorney for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.
   d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.
   e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of April 12, 2018, to June 7, 2018, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.
4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: April 5, 2018   By:   /s/ Thomas A. Johnson
                             THOMAS A. JOHNSON
                             Attorney for Steve Subal Smith

DATED: April 5, 2018         McGREGOR W. SCOTT
                             United States Attorney

                       By:   /s/ Rosanne Rust
                             ROSANNE RUST
                             Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: April 5, 2018

Troy L. Nunley
United States District Judge