THOMAS A. JOHNSON, SBN 119203
KRISTY M. HORTON, SBN 271250
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> STEVE SUBAL SMITH, <br> Defendant | ) Case No. 2:17-cr-00238-TLN <br> ) <br> ) STIPULATION AND ORDER FOR <br> ) CONTINUANCE OF STATUS <br> ) CONFERENCE <br> ) <br> ) Date: 6/7/18 <br> ) Time: 9:30 a.m. <br> ) Judge: Troy L. Nunley |

## **STIPULATION**

The United States of America through its undersigned counsel, Rosanne Rust, Assistant United States Attorney, together with Thomas A. Johnson, counsel for Steve Subal Smith, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on June 7, 2018.
2. By this stipulation, defendant now moves to continue the Status Conference to August 30, 2018, at 9:30 a.m. and to exclude time between June 7, 2018, and August 30, 2018, under the Local Code T-4 (to allow defense counsel time to prepare).
3. The parties agree and stipulate, and request the Court find the following:
   a. A continuance is requested because attorney for the defendant needs additional time to review the discovery, conduct investigation, and discuss a potential resolution. Additionally, defense counsel is no longer available on June 7, 2018. Defense counsel is in trial preparation for a Tuolumne County triple

homicide, People v. Danny Anderson, that is set to begin on June 20, 2018, and is anticipated to conclude in August.
   b. Attorney for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
   c. The Government does not object to the continuance.
   d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.
   e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 7, 2018, to August 30, 2018, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.
4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: June 5, 2018            By:    /s/ Thomas A. Johnson
                                      THOMAS A. JOHNSON
                                      Attorney for Steve Subal Smith

DATED: June 5, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Rosanne Rust
ROSANNE RUST
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: June 5, 2018

_____
Troy L. Nunley
United States District Judge