```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROSANNE L. RUST
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
    Facsimile: (916) 554-2900
 5

 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-00238-TLN |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER REGARDING DISCOVERY |
| v. | |
| STEVE SUBAL SMITH, | |
| Defendant. | |

## I. **INTRODUCTION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Rosanne L. Rust, Assistant United States Attorney, attorney for plaintiff, and Tom Johnson, Attorney for the defendant, that the Court should approve the proposed protective order governing discovery. The proposed protective order relates to the defense expert's forensic examination of computer data in this case.

///
///
///
///

1 | The parties agree that the ability of defense counsel to adequately
2 | advise his client will be enhanced by the approval of this protective
3 | order.

Respectfully submitted,

Dated: October 29, 2018                /s/ Rosanne L. Rust
                                       ROSANNE L. RUST
                                       Assistant U.S. Attorney

Dated: October 29, 2018                /s/ Tom Johnson
                                       TOM JOHNSON
                                       Attorney for Steve Subal Smith

**O R D E R**

1. It is ordered that the parties comply with the following protective order with respect to computer materials alleged to contain child pornography:

    a. Upon request, the Federal Bureau of Investigation (FBI) agents shall make a duplicate copy of the hard drive(s) and any other storage media available for defense analysis;

    b. The duplicate copies of the hard drive and storage media shall be made available for defense counsel, defense counsel staff, or another member of the defense team(s), and the defendant's proposed computer expert(s) to review at the Roseville FBI office in Roseville, California, for the purpose of preparing for the defense of the above-entitled action. The images on the hard drive and storage media shall not be viewed by any other person;

    c. A private room will be provided for the defense examination. No Government agents will be inside the room during the examination;

    d. The expert will be permitted to bring whatever equipment, books, or records he or she believes may be necessary to conduct the examination;

    e. Neither the defense expert nor defense attorneys nor the defense counsel staff shall remove the hard drive or other storage media from the confines of the law enforcement office;

    f. With the exception of materials which would be considered child pornography under federal law (including visual

|  |  | depictions and data capable of conversion into a visual depiction), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered.  The expert will certify in writing (using the attached certification), that he or she has taken no materials which would be considered child pornography, or data capable of being converted into child pornography, (under federal law) and that he or she has not caused any child pornography to be sent from the law enforcement premises by any means including by any electronic transfer of files; |
|---|---|---|
|  | g. | Except when a defense expert fails to provide this certification, no Government agent, or any person connected with the Government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analysis.  Should a defense expert fail to certify that the expert has not copied or removed child pornography, or data capable of being converted into child pornography, Government agents may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed; |
|  | h. | When the defense indicates that it is finished with its review of the copy of the hard drives, the drive(s) or other storage devices shall be "wiped" clean; |

///
///
///
///

i. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED.

Dated: October 31, 2018

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

**CERTIFICATION**

I, _____, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically (or by any other means) to any other location, during the course of my review of the evidence in this case.

Date: _____   _____