THOMAS A. JOHNSON, SBN 119203
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>STEVE SUBAL SMITH,<br>　　　　Defendant | Case No. 2:17-cr-00238-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE<br><br>Date: 1/24/19<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

**STIPULATION**

The United States of America through its undersigned counsel, Rosanne Rust, Assistant United States Attorney, together with Thomas A. Johnson, counsel for Steve Subal Smith, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on January 24, 2019.
2. By this stipulation, defendant now moves to continue the Status Conference to February 7, 2019, at 9:30 a.m. and to exclude time between January 24, 2019, and February 7, 2019, under the Local Code T-4 (to allow defense counsel time to prepare).
3. The parties agree and stipulate, and request the Court find the following:
   a. A continuance is requested because the attorney for the defendant needs additional time for the Defense Expert to complete its own forensic examination.

b. Attorney for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. An extension is necessary for the continuity of defense counsel as well.
c. The Government does not object to the continuance.
d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.
e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 24, 2019, to February 7, 2019, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: January 17, 2019        By:    /s/ Thomas A. Johnson
                                      THOMAS A. JOHNSON
                                      Attorney for Steve Subal Smith

DATED: January 17, 2019               McGREGOR W. SCOTT
                                      United States Attorney

                               By:    /s/ Rosanne Rust
                                      ROSANNE RUST
                                      Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: January 18, 2019

Troy L. Nunley
United States District Judge