THOMAS A. JOHNSON, #119203
Kristy M. Horton, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00238-TLN |
| Plaintiff, | DEFENDANT'S STIPULATION AND |
| v. | ORDER FOR CONTINUANCE OF J&S |
| STEVE SUBAL SMITH, | Date: May 2, 2019 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 2, 2019, is continued to May 30, 2019, at 9:30 a.m. in the same courtroom. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | May 30, 2019 |
| Reply or Statement | May 23, 2019 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | May 16, 2019 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | May 9, 2019 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 25, 2019 |

1

| | |
|---|---|
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | April 11, 2019 |

**IT IS SO STIPULATED.**

DATED: March 6, 2019       By:   /s/ Thomas A. Johnson
                    THOMAS A. JOHNSON
                    Attorney for Jason Costa

DATED: March 6, 2019           MCGREGOR W. SCOTT
                    United States Attorney

               By:   /s/ Rosanne Rust
                    ROSANNE RUST
                    Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED.**

DATED: March 7, 2019

                    Troy L. Nunley
                    United States District Judge