Thomas A. Johnson, SBN 119203
Kristy M. Horton, SBN 271250
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>STEVE SUBAL SMITH,<br>    Defendant | Case No. 2:17-cr-00238-TLN<br><br>AMENDED FACTUAL BASIS |

## I – INTRODUCTION

On February 7, 2019, Defendant, Steve Subal Smith, changed his plea to guilty. Mr. Smith entered a plea without a written plea agreement. Federal Rules of Criminal Procedure Rule 11(b)(3) provides, "Before entering judgment on a guilty plea, the court must determine that there is a factual basis for the plea." Defendant submits the following amended factual basis that was read in court which supplemented the original factual basis that was filed. *See* ECF Doc. No. 31.

## II – FACTUAL BASIS

On December 5, 2017, a search warrant was served on the residence of Mr. Steve Subal Smith in the City of Sacramento located in the Eastern District of California. During the execution of the search warrant, law enforcement officers located one or more images of child pornography on at least one or more of Mr. Smith's Apple laptops. A flash drive was also seized which contained child pornography. Law enforcement located one or more visual depictions of child pornography, including but not limited to,

1 | P a g e

YUP.MP4, N01.MP4, 173.JPEG, and ZANNA4222.JPEG, and that the images of child pornography had been transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce. The visual depictions involved the use of a minor engaged in sexually explicit conduct as defined in Title 18 United States Code § 2256(2), and that these depictions were of such conduct which were in violation of Title 18 United States Code § 2252(a)(4)(B). If called to testify, law enforcement officers would say that Mr. Smith waived Miranda on December 5, 2017 and stated that he was the sole user of the laptops seized. This is information that is derived from the reports and information which is contained in a criminal complaint that was filed and sworn to before Magistrate Delaney.

DATED: March 15, 2019

Respectfully submitted,

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Steve Subal Smith