McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-238 TLN |
|---|---|
| Plaintiff, | STIPULATED PROTECTIVE ORDER |
| v. | |
| STEVE SUBAL SMITH, | |
| Defendant. | |

1.  This Court may enter protective orders pursuant to Fed. R. Crim. P. 16(d), 18 U.S.C. §§ 3509(d)(3) and 3771(a), and its general supervisory authority.

2.  This Order pertains to all discovery provided to or made available to Defense Counsel that contains the name(s) of or other potentially identifying information about a victim or child witness (hereafter, collectively known as "protected discovery").

3.  Defense counsel shall not disclose any of the protected discovery or its contents directly or indirectly to any person other than their respective defendant/client, potential witnesses that they are interviewing or preparing for trial, counsel for those witnesses, or anyone employed by defense counsel (such as attorneys, paralegals, secretaries, experts, investigators, and law clerks) in connection with the representation of the defendant in his criminal case.

4.  Defendant may view the protected discovery in the presence of defense counsel, but may not retain a copy or otherwise disseminate its contents.

STIPULATED PROTECTIVE ORDER  1

5. The protected discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.

6. Defense counsel will store the protected discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement or 18 U.S.C. § 3509(d).

7. If defense counsel makes, or causes to be made, any further copies of any of the protected discovery, defense counsel will ensure that the following notation is physically written or inscribed on each copy made, if the confidentiality of the documents is otherwise not already present on the copied file(s): "CONFIDENTIAL—PROTECTED DISCOVERY—may NOT be disseminated except in accordance with court protective order."

8. If defense counsel releases custody of any of the protected discovery, or authorized copies thereof, to any person described in paragraph 3, defense counsel shall first provide such recipients with copies of this Order. The parties agree that defense counsel, defense investigators, and support staff shall not provide the protected discovery to the defendant or any other witness or copies of the protected discovery, except for the limited situations identified in this Order.

9. Defense counsel shall advise government counsel of any subpoenas, document requests or claims for access to the protected discovery by third parties if defense counsel is considering disseminating any of the protected discovery to a third party in order that the government may take action to resist or comply with such demands as it may deem appropriate.

10. Defense counsel shall be responsible for advising the defendant, or his client, his employees and other members of the defense team, and defense witnesses of the contents of this Order. Defense counsel shall not provide or make available to any person described in paragraph 3 the protected discovery until that individual has been provided a copy of this Order by defense counsel.

11. The parties agree to abide by 18 U.S.C. § 3509(d)(2) with regard to court filings.

12. If it becomes necessary to refer to a victim or child witness during any public court proceeding or in a public court filing, the parties shall use agreed upon pseudonyms of "victim 1" or "witness 1," *et sequentia*.

13. Nothing in this Order shall preclude a party from seeking a more restrictive protective

order or other court order with regard to particular discovery items.

Dated: March 14, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated: March 14, 2019

By: /s/ TOM JOHNSON
TOM JOHNSON
Counsel for Defendant Steve Subal Smith

**ORDER**

**It is so ordered.**

**Dated: March 18, 2019**

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE