| | |
|---|---|
| THOMAS A. JOHNSON, #119203 | |
| Kristy M. Horton, #271250 | |
| Law Office of Thomas A. Johnson | |
| 400 Capitol Mall, Suite 2560 | |
| Sacramento, California 95814 | |
| Telephone: (916) 422-4022 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00238-TLN |
| Plaintiff, | DEFENDANT'S STIPULATION AND ORDER FOR CONTINUANCE OF J&S |
| v. | |
| STEVE SUBAL SMITH, | Date: May 30, 2019 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 30, 2019, is continued to August 1, 2019, at 9:30 a.m. in the same courtroom. The continuance is being made because defense counsel is anticipated to be in a federal trial on May 30, 2019 and is unavailable. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | August 1, 2019 |
| Reply or Statement | July 25, 2019 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | July 18, 2019 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | July 11, 2019 |

1

| | |
|---|---|
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 27, 2019 |

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| DATED: April 18, 2019 | By: | /s/ Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Steve Subal Smith |
| DATED: April 18, 2019 | | MCGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ Rosanne Rust<br>ROSANNE RUST<br>Assistant United States Attorney |

**ORDER**

  IT IS SO ORDERED.

DATED: April 18, 2019

_____
Troy L. Nunley
United States District Judge