McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
MIRA CHERNICK
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00238-TLN |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| STEVE SUBAL SMITH, | |
| Defendant. | |

On March 28, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the

provisions of 18 U.S.C. § 2253(a), based upon the guilty plea of Steve Subal Smith and the Amended

Factual Basis forfeiting to the United States the following property:

> a.     Apple MacBook Pro, serial number: C02GJ1QNDW48;
> b.     Apple MacBook Pro, serial number: C02TD2CNGTF1; and
> c.     16 GB silver Kingston thumb drive.

Beginning on April 20, 2019, for at least 30 consecutive days, the United States published notice

of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.

Said published notice advised all third parties of their right to petition the Court within sixty (60) days

from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged

legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the

time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.     A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Steve Subal Smith.

2.     All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.     The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 19th day of November, 2019.

_____
Troy L. Nunley
United States District Judge