McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
MIRA CHERNICK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-00238-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE STATUS HEARING REGARDING RESTITUTION** |
| v. | |
| STEVE SUBAL SMITH, | DATE: DECEMBER 19, 2019<br>TIME: 9:30AM<br>COURT: HON. TROY L. NUNLEY |
| Defendant. | |

Plaintiff United States of America, by and through its counsel, Assistant United States Attorneys Rosanne L. Rust and Mira Chernick, and defendant, Steve Subal Smith, by and through his counsel, Tom Johnson, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing regarding restitution on December 19, 2019. (ECF No. 56).

2. The parties agree that this request for continuance seeks to schedule a restitution hearing later than 90 days from Mr. Smith's sentencing. *See* 18 U.S.C. §§ 2259(b)(3) & 3664(d)(5); *see also Dolan v. United States*, 560 U.S. 605, 608 (2010) (stating sentencing courts maintain jurisdiction to order restitution beyond the 90 days contemplated by statute); *United States v. Cienfuegos*, 462 F.3d 1160, 1162-63 (9th Cir. 2006) ("'the purpose behind the statutory ninety-day limit on the determination of victims' losses is not to protect defendants from drawn-out sentencing proceedings or to establish

finality; rather, it is to protect crime victims from the willful dissipation of defendants' assets'") (quoting *United States v. Zakhary*, 357 F.3d 186, 191 (2d Cir. 2004)).

3. By this stipulation, the parties now jointly move to continue the status hearing regarding restitution until March 26, 2020, so that they may reach a resolution regarding the restitution amount. The government has been trying to resolve this issue and has submitted a proposed restitution amount to defense counsel. The parties have not yet been able to resolve the issue, and the government is working with the victim and her attorney to gather additional information in support of the proposed restitution amount. Given that, the parties request an extension of the status hearing regarding restitution. The government expects that the parties will be able to resolve the restitution amount issue, and be able to submit a stipulation and proposed order to the Court by March 26, 2020, obviating the need for a hearing on this matter.

4. The victim's restitution request and supporting documentation were filed with the Court on July 31, 2019, as a supplement to the Presentence Investigation Report. (ECF No. 52). Sentencing was subsequently continued from August 1, 2019, to September 19, 2019, to allow defense counsel time to review the restitution materials with Mr. Smith. (ECF No. 53). Accordingly, the parties agree that Mr. Smith was aware of the restitution request and the approximate amount of restitution in advance of sentencing. *See Dolan*, 560 U.S. at 615 (any harm caused to defendant through delay in restitution hearing is lessened when "the defendant knew about restitution, including the likely amount, well before expiration of the 90–day time limit").

5. Accordingly, the parties request that the status hearing regarding restitution be continued to March 26, 2020, at 9:30 a.m.

IT IS SO STIPULATED.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: December 16, 2019        By: */s/ Mira Chernick*
                                     MIRA CHERNICK
                                     Assistant U.S. Attorney

Dated: December 16, 2019        By: */s/ Tom Johnson*
                                     TOM JOHNSON
                                     Attorney for STEVE SUBAL SMITH

# ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status hearing regarding restitution in this matter is continued to March 26, 2020, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: December 17, 2019

Troy L. Nunley
United States District Judge