THOMAS A. JOHNSON, SBN 119203
KRISTY M. HORTON, SBN 271250
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA  95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>STEVE SUBAL SMITH,<br>　　　　Defendant | Case No. 2:17-cr-00238-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF RESTITUTION HEARING<br><br>Date: 5/21/20<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

## **STIPULATION**

The United States of America through its undersigned counsel, Mira Chernick, Assistant United States Attorney, together with Thomas A. Johnson, counsel for Steve Subal Smith, hereby stipulate the following:

1. By previous order, this matter was set for Restitution Hearing on May 21, 2020. The parties agree that this request for continuance seeks to schedule a restitution hearing later than 90 days from Mr. Smith's sentencing. *See* 18 U.S.C. §§ 2259(b)(3) & 3664(d)(5); *see also* Dolan v. United States, 560 U.S. 605, 608 (2010) (stating sentencing courts maintain jurisdiction to order restitution beyond the 90 days contemplated by statute); United States v. Cienfuegos, 462 F.3d 1160, 1162-63 (9th Cir. 2006) ("'the purpose behind the statutory ninety-day limit on the determination of victims' losses is not to protect defendants from drawn-out sentencing proceedings or to establish finality; rather, it is to protect crime victims from the willful dissipation of defendants' assets'") (*quoting* United States v. Zakhary, 357 F.3d 186, 191 (2d Cir. 2004)).

3. On April 17, 2020, the Eastern District of California issued General Order 617, closing to the public all courthouses in the district and directing District Judges to continue criminal matters to a date after June 1, 2020. Pursuant to that order, the Court has asked the parties in this case to continue the restitution hearing to a date after June 1, 2020.

4. By this stipulation, the parties now jointly move to continue the status hearing regarding restitution until July 30, 2020, to comply with the Court's request. The government expects that the parties will be able to resolve the restitution amount issue, and be able to submit a stipulation and proposed order to the Court by July 30, 2020, obviating the need for a hearing on this matter.

4. The victim's restitution request and supporting documentation were filed with the Court on July 31, 2019, as a supplement to the Presentence Investigation Report. (ECF No. 52). Sentencing was subsequently continued from August 1, 2019, to September 19, 2019, to allow defense counsel time to review the restitution materials with Mr. Smith. (ECF No. 53). Accordingly, the parties agree that Mr. Smith was aware of the restitution request and the approximate amount of restitution in advance of sentencing. *See* <u>Dolan</u>, 560 U.S. at 615 (any harm caused to defendant through delay in restitution hearing is lessened when "the defendant knew about restitution, including the likely amount, well before expiration of the 90–day time limit").

5. Accordingly, the parties request that the status hearing regarding restitution be continued to July 30, 2020, at 9:30 a.m.

**IT IS SO STIPULATED.**

DATED:  May 18, 2020                     By:     /s/ Thomas A. Johnson
                                                 THOMAS A. JOHNSON
                                                 Attorney for Steve Subal Smith

DATED: May 18, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Mira Chernick
MIRA CHERNICK
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

DATED: May 18, 2020

_____
Troy L. Nunley
United States District Judge