McGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE SUBAL SMITH,<br><br>Defendant. | CASE NO. 2:17-CR-00238-TLN<br><br>STIPULATION AND ORDER REGARDING RESTITUTION<br><br>DATE: October 22, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

The United States of America, by and through Assistant United States Attorney Mira Chernick, and defendant Steve Subal Smith, by and through his counsel Thomas A. Johnson, respectfully request that the Court order that defendant Steve Subal Smith pay restitution in the amount of $3,000 for the following reasons:

1. The Court sentenced Smith on September 19, 2019, but did not order restitution at the time of sentencing. Instead, the matter of restitution was set to be determined at a later restitution hearing originally scheduled for December 19, 2019. ECF No. 56.

2. Through a series of orders, the restitution hearing was continued to October 22, 2020. ECF Nos. 61, 63, 65, 67.

3. Since the sentencing hearing, the United States has been working with counsel for Juvenile Victim 1 to obtain information pertinent to restitution. The parties have also conferred regarding the proper restitution amount in this case. Pursuant to those

STIPULATION AND ORDER REGARDING RESTITUTION      1

discussions, the parties hereby stipulate and agree that defendant Smith shall be liable for restitution in the amount of $3,000, made payable to Juvenile Victim 1 (whose information is provided below, so that restitution may be paid out to him/her).

4. The parties also agree that the amount of restitution set forth in this Stipulation is supported by a preponderance of the evidence.

5. Defendant Smith further agrees to pay restitution as set forth herein.

6. The government identifies "Juvenile Victim 1" as follows:

    a. Name: "Lily"

    b. Payment to be directed to:

        Carol L. Hepburn in trust for Lily

        200 1st Ave W., Suite 550 Seattle, WA 98119-4203.

7. Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. Pursuant to 18 U.S.C. § 3664(k), the defendant also understands that he must notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.

8. The parties further agree that payment of restitution during Defendant's imprisonment should be through the Bureau of Prisons Inmate Financial Responsibility Program.

IT IS SO STIPULATED.

Dated: October 6, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ MIRA CHERNICK
MIRA CHERNICK
Assistant United States Attorney

Dated: October 6, 2020

By: /s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
Attorney for Defendant Steve Subal Smith

## ORDER

The Court has reviewed the Stipulation of the parties for an order holding defendant Steve Subal Smith liable for restitution in the amount of $3,000. Based on that stipulation and the defendant's obligation to pay restitution pursuant to 18 U.S.C. § 3663, the Court finds good cause to enter an order holding Steve Subal Smith liable for restitution in the amount of $3,000. The defendant shall pay restitution in the amount of $3,000.

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. Payment of restitution during the defendant's imprisonment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

Pursuant to 18 U.S.C. § 3664(k), the defendant must notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.

The hearing set for Thursday, October 22, 2020, in this case is hereby vacated

**SO ORDERED.**

Dated: October 7, 2020

Troy L. Nunley
United States District Judge