IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>STEVE SUBAL SMITH,<br><br>   Defendant and Judgment Debtor. | CASE NO.  2:17-CR-00238-TLN<br><br>**ORDER GRANTING TURNOVER OF FUNDS IN INMATE TRUST ACCOUNT** |

   The Court, having reviewed its files and the United States' motion for turnover of funds in Defendant's trust account, and good cause having been shown for the turnover of funds, hereby grants the United States' motion and orders the Bureau of Prisons to turn over $2,925.00 to the Clerk of Court.

   The Clerk is directed to serve the BOP a copy of this order.

   IT IS SO ORDERED.

DATED: October 22, 2021

_____
Troy L. Nunley
United States District Judge